# EXHIBIT A

**07 C 6496**

**JUDGE NORDBERG**
**MAGISTRATE JUDGE DENLOW**

## CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE WORKERS UNION (INDEPENDENT)®



**PENSION FUND**

1645 WEST JACKSON BLVD, SUITE 500
CHICAGO ILLINOIS 60612
(312) 738-3920
(312) 738-3930



**BOARD OF TRUSTEES**

*Employee Members*
Jack Stewart
Fred Boudreau
Bernie Sherlock
Tom Daly, Alternate

*Employer Members*
H. Edward Barnicle
William H. Carpenter
John Naughton
John Broderick, Alternate

June 13, 2007

Via 1st Class & Certified Mail 7003-2260-0005-5034-5545
Mr. Michael A. Vanek, President
Vanek, Inc.
3920 South Loomis
Chicago, IL 60609

Dear Mr. Vanek:

On January 18, 2007 the Chicago Truck Drivers, Helpers and Warehouse Workers Union (Independent) Pension Fund Board of Trustees notified you of withdrawal liability assessment under the Employer Retirement Income Security Act ("ERISA"), as amended. The withdrawal liability quarterly payment of $2,860.00 due on June 1, 2007 has not been received. As of June 25, 2007 the amount owed is $2,874.25 including interest, with a daily interest rate of $.57 per day for each day after June 25, 2007.

If said payment with interest is not received within 60 days of receipt of this letter, the Plan will accelerate the indebtedness without further notice or demand and the outstanding withdrawal liability balance, plus interest accrued, will be due and payable. This notice is given pursuant to ERISA section 4219(c)(5).

Sincerely,

Jack Stewart
Pension Fund Manager

JS:pjg
c:   Ms. P. Gabriel
     Mr. T. Angell
     Mr. Eugene A. Dimonte, Reg Agent, Certified Mail #7003-2260-0005-5034-5484

Ex A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

JUN 13 2007

7003 2260 0005 5034 5545

Mr. Michael A. Vanek, Pres
Vanek, Inc
3920 South Loomis
Chicago, IL 60609

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael A. Vanek, Pres
Vanek, Inc
3920 South Loomis
Chicago, IL 60609

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  6-14-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0005 5034 5545

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. POSTAL SERVICE    CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: CHICAGO TRUCK DRIVERS, HELPERS AND
WAREHOUSE WORKERS UNION
(INDEPENDENT)
1645 W. JACKSON BLVD, SUITE 500
CHICAGO, IL 60612

One piece of ordinary mail addressed to:

Mr. Michael A. Vanek, Pres
Vanek, Inc
3920 South Loomis
Chicago, IL 60609

Affix fee here in stamps or meter postage and post-t of Post-t fee

PS Form 3817, Mar. 1989    ☆U.S. GPO:1991-312-609/51430

PG



