AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**07 C 6496**

SUMMONS IN A CIVIL CASE

Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, a Trust, and Jack Stewart, its Fund Manager and one of its Trustees, et.al.

V.

Vanek, Inc.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORDBERG**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Vanek, Inc.
c/o Michael A. Vanek, President
3920 S. Loomis Avenue
Chicago, IL 60609

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Angell
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**November 16, 2007**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 27'th, 2007 |
| NAME OF SERVER *(PRINT)*  Philip P. Ducar | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally handed the Summons and the Complaint to Mr. Chuck Capia, "Office Manager" for the defendant, Vanek, Inc. Service was effected at the business location of the defendant, located at 3920 S. Loomis Ave, in Chicago, Ill., at the hour of 1:00 p.m., on Tuesday, November 27th, 2007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 27th, 2007      *Philip P. Ducar*
              Date                      Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.