UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6496 Judge Nordberg |
| v. | ) ) | |
| VANEK, INC., an Illinois Corporation, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   See attached Certificate of Service.

    **PLEASE TAKE NOTICE** that on Thursday, March 13, 2008, at 2:30 p.m., I shall appear before the Honorable Judge John A. Nordberg in the courtroom usually occupied by him at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion for Default and Default Judgment**, a copy of which is attached hereto.

                                                Respectfully submitted,

                                                /s/  M. Garrett Hohimer
                                                One of Plaintiffs' Attorneys

Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

1

2

## **CERTIFICATE OF SERVICE**

      I certify that on March 7, 2008, I electronically filed the foregoing NOTICE OF MOTION FOR DEFAULT AND DEFAULT JUDGMENT with the Clerk of the court using the CM/ECF system; however, there are no attorneys of record who will be sent electronic notification of such filing.

      I certify that on March 7, 2008, I caused a copy of the attached NOTICE OF MOTION FOR DEFAULT AND DEFAULT JUDGMENT to be sent by first class mail, postage prepaid, to:

Mr. Michael A. Vanek
President, Vanek, Inc.
3920 South Loomis
Chicago, IL 60609

Mr. Eugene A. Dimonte,
Registered Agent for Vanek, Inc.
216 W. Higgins Road
Park Ridge, IL 60068

                        /s/  M. Garrett Hohimer