# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:07−cv−06496

Honorable John A. Nordberg

Vanek, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

MINUTE entry before Judge Honorable John A. Nordberg: Status hearing 3/27/2008 is stricken and reset for 4/23/2008 at 02:30 PM. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.