

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6496 | **DATE** | 4/23/2008 |
| **CASE TITLE** | CHGO TRUCK DRIVERS vs. VANEK, INC. | | |

**DOCKET ENTRY TEXT**

Enter order. Motion by plaintiffs for default judgment [10] is granted. Judgment is entered in favor of Plaintiff Jack Stewart, Fund Manager, on behalf of the Chicago Truck Drivers, Helpers and Warehouse Union Pension Fund, and against Defendant Vanek, Inc. in the amount of $41,227.24 in withdrawal liability principal due; $783.07 in interest through March 12, 2008; $8,245.45 in statutory liquidated damages; $3,961.40 in attorneys fees and costs.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10



| | Courtroom Deputy Initials: | TP |
|---|---|---|