

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees,<br><br>    Plaintiffs,<br><br>v.<br><br>VANEK, INC., an Illinois Corporation,<br><br>    Defendant. | Case No. 07 C 6496<br>Judge Nordberg |

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Judgment by Default, and the Court having jurisdiction of the parties and the subject matter, and having been fully advised of the premises and that Defendant has been properly served with process but failed to appear, answer, or otherwise defend this cause in any way, it is hereby ordered as follows:

1. That Plaintiff's Motion is granted and that Defendant is in default;

2. That a JUDGMENT be entered in favor of Plaintiff Jack Stewart, Fund Manager, on behalf of the Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, and against Defendant Vanek, Inc. ("Vanek"), in the amount of:

    (a) $41,227.24 in withdrawal liability principal due;

    (b) $783.07 in interest through March 12, 2008

    (c) $8,245.45 in statutory liquidated damages provided by ERISA § 502(g)(2)(C)(ii);

    (d) $3,961.40 in attorneys fees and costs;

3. Defendants are enjoined from failing to make interim withdrawal liability payments on a quarterly basis;

4. That Plaintiffs are awarded execution for the collection of the judgment, fees and costs granted; and

5. That the Court retains jurisdiction of this cause to enforce this Order.

ENTERED: April 23, 2008

UNITED STATES DISTRICT JUDGE