NF

## United States District Court for the Northern District of Illinois

Case Number: 07C6496

Assigned/Issued By: NF

### FEE INFORMATION

**Amount Due:**

- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [x] Other _____
- [ ] $455.00

No. Service copies _____

Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

### ISSUANCES

- [ ] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgement
- [ ] Wage-Deduction Garnishment Summons
- [x] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

(Victim and $ Amount)

3 Original and 3 copy on 5-12-8 (Date) as to Vanek, Inc. Vanek Bros. Re-Shipping Corp., Vanek Bros. Trucking Co. NOTICE filed

C:\wpwin80\docket\feeinfo.frm   04/07/05