IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK STEWART, its )
Fund Manager and one of its Trustees, )
                )  Case No. 07 C 6496
                )  Judge Nordberg
        Plaintiffs, )
                )
v.              )  Date of Judgment: April 23, 2008
                )
VANEK, INC., an Illinois Corporation, )  Judgment Amount: $54,217.16
                )
        Defendant. )

## CITATION TO DISCOVER ASSETS AND CITATION NOTICE

To: Vanek Bros. Re-Shipping Corp.
   C/O D & L Company Agents, Inc., Registered Agent
   216 W Higgins Rd
   Park Ridge, IL 60068

**YOU ARE COMMANDED** to appear before M. Garrett Hohimer, attorney for Plaintiffs, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Jury Room of Judge Nordberg's Courtroom No. 1801, Chicago, IL on June 26, 2008, at 1:00 p.m. to be examined under oath, and to produce the records detailed below concerning the indebtedness owed to Plaintiffs by Defendant-judgment debtor **Vanek, Inc.** Judgment was entered on April 23, 2008, against **Vanek, Inc.** in the total amount of $54,217.16, of which all remains unpaid. On or after the date shown above, the Court may compel the application of any discovered income or assets toward the payment of the judgment.

**YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

**You are commanded** to produce the following to M. Garrett Hohimer, attorney for Plaintiffs at Jacobs Burns Orlove Stanton & Hernandez, 122 S. Michigan Ave., STE 1720, Chicago, IL 60603 on or before June 19, 2008, at 5:00 p.m.:

1. All corporate records including, but not limited to corporate minutes, by-laws, stock certificates, stock register, shareholder agreements and options, and all other documents showing the identities of the principals of **Vanek Bros. Re-Shipping Corp.** including all officers and shareholders.

1

2.  A payroll or personnel roster of all **Vanek Bros. Re-Shipping Corp.** employees, their positions, and titles for the period of 2003 – present.

3.  A record or roster of all independent contractors engaged or paid by **Vanek Bros. Re-Shipping Corp.** for the period of 2003 – present.

4.  All books, records, papers, and other documents indicating the accounts (including joint accounts) held by **Vanek Bros. Re-Shipping Corp.**

5.  All records, bank statements, check stubs, cancelled checks, money orders, and other documents which show payments or transfers made in cash or by check to or from **Vanek Bros. Re-Shipping Corp.** from or to **Vanek, Inc.** for the period of 2003 – present.

6.  All pass books, checkbooks and bank statements pertaining to **Vanek Bros. Re-Shipping Corp.**, including proof of safety deposit boxes, money market accounts, certificates of deposit, treasury bills including all such accounts in which judgment debtor's interest is direct, indirect, legal or beneficial.

7.  All books, records, papers, and other documents indicating the property or income of or indebtedness due judgment debtor **Vanek, Inc.**

8.  All signature cards for accounts held by **Vanek Bros. Re-Shipping Corp.**

9.  All contracts entered into between the judgment debtor **Vanek, Inc.**, and any party, including **Vanek Bros. Re-Shipping Corp.**

10. All documents, including invoices and/or requests for draws that evidence monies owed by **Vanek Bros. Re-Shipping Corp.** to judgment debtor **Vanek, Inc.**, including monies paid and not yet paid.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of or interfering with any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or which may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor until the further order of court or termination of the proceeding.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

MICHAEL W. DOBBINS
Clerk of the United States District Court

By: _____        Dated: _____
         Deputy Clerk

## **CERTIFICATION**

The undersigned as the attorney for the judgment creditor, certifies that the requirements of 735 ILCS 5/2-1402 have been met and the representations contained in the Citation and the attached Citation Notice are true. The undersigned further certifies that judgment was entered in the above-captioned case by the above-identified Court in the total amount of $54,217.16.

M. Garrett Hohimer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>VANEK, INC., an Illinois Corporation,<br><br>Defendant. | Case No. 07 C 6496<br>Judge Nordberg<br><br>Date of Judgment: April 23, 2008<br><br>Judgment Amount: $54,217.16 |

## CITATION NOTICE

NAME AND ADDRESS OF JUDGMENT DEBTOR:
Vanek, Inc.
c/o Eugene A. Di Monte, Registered Agent
216 W Higgins Rd.
Park Ridge, IL 60068

NAME AND ADDRESS OF ATTORNEY FOR JUDGMENT CREDITOR:
M. Garrett Hohimer
Jacobs Burns Orlove Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603
312-327-3461

AMOUNT OF JUDGMENT: $54,217.16

NAME OF PERSON RECEIVING:
Vanek Bros. Re-Shipping Corp.
C/O D & L Company Agents, Inc.,
Registered Agent
216 W Higgins Rd
Park Ridge, IL 60068

CITATION DATE AND TIME: June 26, 2008, at 1:00 p.m.

DOCUMENTS REQUEST DUE BY: June 19, 2008, at 5:00 p.m.

LOCATION:
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Judge Nordberg's Jury Room
Courtroom No. 1801,
Chicago, IL 60604
(Terry Charles-Perdue, Courtroom Deputy)
(312-435-5782)

4

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear for a citation to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor **Vanek, Inc.**, or in which the judgment debtor **Vanek, Inc.** has an interest. The citation was issued on the basis of a judgment against the judgment debtor **Vanek, Inc.** in favor of the judgment creditor in the amount stated above. On or after the citation date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.

THE JUDGMENT DEBTOR **VANEK, INC.**, HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor **Vanek, Inc.** may have other possible exemptions under the law.

THE JUDGMENT DEBTOR **VANEK, INC.** HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the Dirksen Building, 219 S. Dearborn St., Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

M. Garrett Hohimer
Attorney for Plaintiffs
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-6145
312-327-3461