## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07CV6496                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                  Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

### ISSUANCES

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☑ Citation to Discover Assets            *(Victim, Against and $ Amount)*

☐ Writ _____                        ☐ Other
*(Type of Writ)*                         _____
                                         _____
                                         *(Type of issuance)*

<u>2</u> Original and <u>2</u> copies on <u>5/21/08</u> as to <u>VONAK BROS. TRUCKING CO.</u>
                              *(Date)*
<u>;VANEK, INC. (NO NOTICE FILED)</u>

_____