UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK )
STEWART, its Fund Manager and one of its )
Trustees, )
                         Plaintiffs, )
    v.                                         )     Case No. 07 C 6496
                                      )     Judge Nordberg
VANEK, INC., an Illinois Corporation, )
                         Defendant. )

## PLAINTIFFS' MOTION TO AMEND THE JUDGMENT

Plaintiffs move the Court pursuant to Fed.R.Civ.P. ("Rule") 60 to amend the judgment entered April 23, 2008. In support of this motion Plaintiffs state:

1. A default judgment was entered against Defendant on April 23, 2008, based on its failure to answer or otherwise respond to the Complaint.

2. This judgment pertains to a withdrawal liability assessment owed to a multiemployer pension fund. *See* 29 U.S.C. § 1381 *et seq*. Under ERISA's withdrawal liability provisions, an assessment may be paid in installments unless it has been accelerated under 29 U.S.C. §§ 1399(c)(5) and 1401(b)(1).

3. Based upon the uncontroverted supporting declaration of Phyllis Gabriel, the Fund Office Supervisor, this Court entered a judgment on April 23, 2008 for the balance of the accelerated withdrawal liability assessment.

4. The judgment also ordered the Defendant to make its interim payments.

5. As the judgment included the entire accelerated assessment, plus interest and other damages, the injunction portion of the judgment is superfluous and should be stricken. *See* Paragraph 3 of the Judgment.

WHEREFORE, Plaintiff requests that the Court amend the judgment striking Paragraph Number 3 *nunc pro tunc* as of April 23, 2008.

Respectfully submitted,

/s/ M. Garrett Hohimer
M. Garrett Hohimer
One of Plaintiff's Attorneys

Thomas J. Angell
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

## **CERTIFICATE OF SERVICE**

I certify that on June 23, 2008, I electronically filed the foregoing PLAINTIFFS' MOTION TO AMEND THE JUDGMENT with the Clerk of the court using the CM/ECF system, which shall provide electronic notification of such filing to the attorneys listed below.

Joseph Patrick Berglund, berglundniew@aol.com

Kenneth Michael Mastny, berglundniew@aol.com

/s/ M. Garrett Hohimer

# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees,<br><br>    Plaintiffs,<br><br>v.<br><br>VANEK, INC., an Illinois Corporation,<br><br>    Defendant. | Case No. 07 C 6496<br>Judge Nordberg |

## ORDER

This matter having come before the Court on Plaintiffs' Motion to Amend the Judgment, and the Court having jurisdiction of the parties and the subject matter, and having been fully advised of the premises, it is hereby ordered as follows:

1. That Paragraph Number 3 of the judgment entered on April 23, 2008, is hereby stricken in its entirety *nunc pro tunc* as of April 23, 2008.


ENTERED: _____          _____
                                          UNITED STATES DISTRICT JUDGE