**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND | ) | |
| WAREHOUSE UNION (INDEPENDENT) | ) | |
| PENSION FUND, a Trust, and JACK | ) | |
| STEWART, its Fund Manager and one of its | ) | |
| Trustees, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 07 C 6496 |
| v. | ) | |
| | ) | Judge Nordberg |
| VANEK, INC., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    See attached Certificate of Service.

**PLEASE TAKE NOTICE** that on Thursday, June 26, 2008, at 2:30 p.m., I shall appear before the Honorable Judge John A. Nordberg in the courtroom usually occupied by him at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion to Amend the Judgment**, a copy of which is attached hereto.

Respectfully submitted,

/s/  M. Garrett Hohimer
M. Garrett Hohimer
One of Plaintiffs' Attorneys

Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 23, 2008, I electronically filed the foregoing **Notice of Plaintiffs' Motion to Amend the Judgment** with the Clerk of the court using the CM/ECF system, which shall provide electronic notification of such filing to the attorneys listed below.

Joseph Patrick Berglund, berglundniew@aol.com

Kenneth Michael Mastny, berglundniew@aol.com


<u>/s/  M. Garrett Hohimer</u>