IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS ) <br> AND WAREHOUSE UNION (INDEPENDENT) ) <br> PENSION FUND, a Trust, and JACK STEWART, ) <br> its Fund Manager and one of its Trustees ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> VANEK, INC., an Illinois Corporation, ) <br> ) <br> Defendant. ) | No. 07 C 6496 <br><br><br> Judge Nordberg <br> Magistrate Judge Denlow |

## RESPONSE TO PLAINTIFF'S MOTION TO AMEND JUDGMENT

NOW COMES the Defendant, VANEK, INC., by its Attorney, BERGLUND & MASTNY, P.C. and for its Response to Plaintiff's Motion To Amend Judgment and request to file its Memorandum in 2 weeks states as follows:

1.  Plaintiff claims that Paragraph 3 of the Court's April 23, 2008 judgment, which enjoins Defendant from making interim withdrawal liability payments, is superflous and should be stricken. This is untrue. Plaintiff specifically requested this relief in their Prayer For Relief in their Complaint and the undersigned believes that Plaintiff's counsel represented to this Court in proceedings that that they were not "putting the screws" to Defendant.

2.  Defendant has complied with Plaintiff's request and this Court's Order to make interim withdrawal liability payments. However, Plaintiff has set out to "put the screws" to Defendant. Plaintiff has issued at least 2 Citations To Discover Assets when there is no need to do so since Defendant is current with his payments to Plaintiff. After the undersigned informed Plaintiff's counsel that the Citations were unnecessary, Plaintiff then filed its Motion To Amend

the Judgment and make any modification *nunc pro tunc* which is also improper.

3. Defendant also made payments to Plaintiff for which Defendant was apparently not given credit when Plaintiffs obtained Judgment. The undersigned requested Plaintiff to provide appropriate credit to Defendant but has not done so.

4. Since the undersigned was recently retained by Defendant and the undersigned moved his law office 2 weekends ago, the undersigned requests 2 weeks to file Defendant's Response To Plaintiff's Motion To Amend which will allow the undersigned to obtain and present to this Court transripts of proceedings and cancelled checks showing payments made by Defendant.

WHEREFORE, Defendant prays that it be given 2 weeks in which to file its Memorandum in Response to Plaintiff's Motion To Amend Judgment and for such other relief deemed just and equitable.

          Respectfully submitted,

          VANEK, INC.

          BY:   /s/ Joseph P. Berglund

              Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
630-990-0234

J:\C-DRIVE\WPDocs\vanek\CTDU\response2Mot2AmendJDGMT