IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees<br>　　　　　Plaintiff,<br>v.<br><br>VANEK, INC., an Illinois Corporation,<br>　　　　　Defendant. | )<br>)<br>) No. 07 C 6496<br>)<br>) Judge Nordberg<br>) Magistrate Judge Denlow<br>)<br>) |

### NOTICE OF FILING

TO:　Garrett Hohimer
　　　Jacobs, Burns, Orlove, Stanton & Hernandez
　　　122 South Michigan Avenue, Ste. 1720
　　　Chicago, Illinois 60603

　　　PLEASE TAKE NOTICE that on the **25th** day of **June, 2008**, I filed via ECF with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, Defendant Vanek Inc.'s ***Response to Plaintiff's Motion to Amend Judgment,*** a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　／s/ Joseph P. Berglund
　　　　　　　　　　　　　　　　　　　　　　　Joseph P. Berglund


### PROOF OF SERVICE

　　　I, Joseph P. Berglund, declare under penalty of perjury under the laws of the United States of America certify that I served this Notice of Filing and attached Answer to Amended Complaint upon the individual(s) listed at the address above, pursuant to ECF as to filing users on this **25th** day of **June, 2008**.

　　　　　　　　　　　　　　　　　　　　　／s/Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
630-990-0234

J:\c-drive\wpdocs\vanek\CTDU\NOF-ResponsetoMotion2Amend