UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>VANEK, INC., an Illinois Corporation,<br><br>Defendant. | Case No. 07 C 6496<br>Judge Nordberg |

## PLAINTIFFS' REPLY IN SUPPORT OF THE MOTION TO AMEND THE JUDGMENT

Now comes Plaintiffs in reply to Defendant's response, and in support of the motion to amend the judgment. In support of this motion Plaintiffs state:

1. Defendant is exploiting the superfluous term of the Order to delay collection and ultimately frustrate the money judgment entered by the Court. Defendant's request for a two week period is simply another in a long list of delay tactics which unfairly neglect the legal rights of the Fund and, worse, unnecessarily heft attorneys' fees upon the Fund in the pursuit of these rights.

2. The uncontested Declaration of Phyllis Gabriel attests that the amounts due to the Fund were properly accelerated as provided by ERISA. (29 U.S.C. §§ 1399(c)(5) and 1401(b)(1))

3. Defendant's repeated failure to respond to the complaint against it entitled Plaintiffs to the default and default judgment that was entered against Defendant on April 23, 2008. The Clerk's Docket Entry (attached as Ex. 1) clearly provides for a money judgment reflecting the acceleration of the debt, and the inclusion of interest, liquidated damages, and attorney's fees and costs. That is the judgment that Plaintiffs are attempting to execute.

4. Defendant is correct in citing Plaintiffs as not "putting the screws" to him. This statement was made at the default motion hearing on March 13, 2008, where Defendant's owner appeared and emphatically assured the Court that he would be attentive to this matter - he was not. As is well documented and provided for in open court, Plaintiffs made several settlement attempts of this matter, which were ignored or literally laughed at by Defendant. Defendant's response here is another distraction from the judgment to which Plaintiff is entitled.

5. At the time the motion default and default judgment was filed and presented, the calculation of the amount due was correct. Defendant will receive appropriate credit for the three payments of $2,860.00 subsequently made to the Fund.

6. Should this Court deny Plaintiffs' motion, the money judgment provided for in Paragraph 1 of the Order and the Clerk's Docket Entry would be meaningless. Defendant is attempting to evade both the accelerated debt and the interest, liquidated damages, fees and costs to which the Fund is statutorily entitled. This tactic will cause unnecessary delay and expense to the Fund. To date, the Fund has incurred approximately $10,000 in attorneys' fees and costs largely due to Defendant's evasiveness, inattention, and blatant disregard for the legal proceedings against him.

7. Defendant's effort to avoid execution of the judgment is clear and is exemplified by his disregard for the Citations to Discover Assets issued by the Plaintiffs. Plaintiffs requested documents – that request was ignored, which forced Plaintiffs to cancel the scheduled deposition. In an effort to be amicable about Defendant's failure to provide the documents, Plaintiffs offered to reschedule both the due date for the requested documents and the deposition of the corporate officer – Defendant has completely ignored Plaintiffs' request for dates to reschedule. (See Ex. 2 – email to attorney Berglund)

8. While Defendant attempts to distract the Court from the fact of his default and the propriety of a judgment against him, the Fund is keenly aware of Defendant's post-judgment actions. Defendant operates another corporation, Vanek Bros. Trucking Co., in concert with Vanek, Inc., and is in the process of establishing a third corporation, Vanek Bros. Re-shipping Corp., with his children as the corporate officers. Defendant established the third corporation after this lawsuit was filed against Vanek, Inc. (See Ex. 3 – IL Secretary of State Corp. File Detail Report) This act is an effort to avoid or evade the judgment and is precisely the type of deception that acceleration of the debt under ERISA is meant to remedy.

WHEREFORE, Plaintiff requests that the Court amend the judgment striking Paragraph Number 3 *nunc pro tunc* as of April 23, 2008.

Respectfully submitted,

/s/ M. Garrett Hohimer
M. Garrett Hohimer
One of Plaintiff's Attorneys

Thomas J. Angell
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

## CERTIFICATE OF SERVICE

I certify that on June 25, 2008, I electronically filed the foregoing PLAINTIFFS' REPLY IN SUPPORT OF THE MOTION TO AMEND THE JUDGMENT with the Clerk of the court using the CM/ECF system, which shall provide electronic notification of such filing to the attorneys listed below.

Joseph Patrick Berglund, berglundniew@aol.com

Kenneth Michael Mastny, berglundniew@aol.com

/s/ M. Garrett Hohimer

# Exhibit 1

Case 1:07-cv-06496    Document 25    Filed 06/25/2008    Page 5 of 10

Case 1:07-cv-06496   Document 14   Filed 04/23/2008   Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6496 | DATE | 4/23/2008 |
| CASE TITLE | CHGO TRUCK DRIVERS vs. VANEK, INC. | | |

**DOCKET ENTRY TEXT**

Enter order. Motion by plaintiffs for default judgment [10] is granted. Judgment is entered in favor of Plaintiff Jack Stewart, Fund Manager, on behalf of the Chicago Truck Drivers, Helpers and Warehouse Union Pension Fund, and against Defendant Vanek, Inc. in the amount of $41,227.24 in withdrawal liability principal due; $783.07 in interest through March 12, 2008; $8,245.45 in statutory liquidated damages; $3,961.40 in attorneys fees and costs.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:10



| | | Courtroom Deputy Initials: | TP |
|---|---|---|---|

07C6496 CHGO TRUCK DRIVERS vs. VANEK, INC.    Page 1 of 1

# Exhibit 2

## Garrett Hohimer

**From:** Garrett Hohimer
**Sent:** Monday, June 23, 2008 10:32 AM
**To:** 'berglundmastny@aol.com'; 'Berglund & Niew, P.C.'
**Subject:** Vanek Depositions

Joe,

I have notified the Court that the Fund is postponing the pending depositions because we have not yet received the requested documents. We need these documents prior to the depositions and so, cannot proceed without them. Please provide a date before July 15th by which Vanek will provide the requested documents and a date approximately 1 week later when we could do the deposition pursuant to the Citation to Discover Assets.

Best regards,

Garrett


M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145
312.327.3461
312.580.7175 Fax

NOTICE: READ THIS STATEMENT BEFORE READING THE CONTENTS OF THIS COMMUNICATION.

This transmission is intended by the sender and proper recipient(s) to be confidential, and for the exclusive use of the proper recipient(s). This transmission may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message and/or any attachments is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number ABOVE and delete this e-mail and destroy any and all copies of the e-mail and/or its attachments from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

# Exhibit 3



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

# CORPORATION FILE DETAIL REPORT

| Entity Name | VANEK BROS. RE-SHIP CORP. | File Number | 65954397 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 02/20/2008 | State | ILLINOIS |
| Agent Name | D & L COMPANY AGENTS INC | Agent Change Date | 02/20/2008 |
| Agent Street Address | 216 W HIGGINS RD EAD | President Name & Address | |
| Agent City | PARK RIDGE | Secretary Name & Address | |
| Agent Zip | 60068 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE