**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Chicago Truck Drivers, Helpers and Warehouse
Union (Independent) Pension Fund, et al.

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:07−cv−06496
                                                        Honorable John A.
                                                        Nordberg

Vanek, Inc.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable John A. Nordberg: Ruling on MOTION by
Plaintiffs Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension
Fund, Jack Stewart to amend/correct order dismissing case[15] (Hohimer, Mark) motion
to amend/correct [21] will be made by mail. The motion will not be heard today as
noticed.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.