### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS AND    )
WAREHOUSE UNION (INDEPENDENT) PEN-   )
SION FUND, a Trust, and JACK STEWART, its Fund )
Manager and one of its Trustees,           )    Case No. 07 C 6496
                               )    Judge Nordberg
            Plaintiffs,       )
                               )
      v.                     )
                               )
VANEK, INC., an Illinois Corporation,      )
                               )
           Defendant.      )

### <u>MOTION FOR RULE TO SHOW CAUSE AND FOR OTHER RELIEF</u>

Plaintiffs request that this Court enter a rule to show cause against Michael Vanek, Defendant's President, and in support thereof state as follows:

1. Judgment was entered against Defendant in this matter on April 23, 2008 (Exh. B).

2. Defendant's President, Michael Vanek, was served via Certified Mail, Restricted Delivery to attorney Eugene Di Monte, registered agent, on May 22, 2008, with a citation to discover assets requesting documents be delivered on June 20, 2008, and a deposition be conducted June 27, 2008 (Ex. A).

3. Defendant failed to provide the documents as requested and Defendant's attorney stated that Michael Vanek, Defendant's President, would not appear for the deposition, which forced Plaintiffs to postpone the deposition scheduled for June 27, 2008.

4. Defendant has rebuffed or ignored Plaintiffs' repeated requests that it comply with the citation and provide documents by a date certain and that Michael Vanek appear to be deposed, also on a date certain. (Exs. C, D, and E – correspondence with Vanek, Inc.'s attorney, and Ex. F – declaration of attorney, M. Garrett Hohimer)

5.  Defendant, through its counsel, has asserted that it can disobey the citation to discover assets due to its interpretation of the judgment order that attempts to cut off Plaintiffs' recovery of the ordered money judgment (Ex. B, ¶ 2) merely because the order also specifies that Defendant is enjoined from failing to make interim quarterly payments (Ex. B, ¶ 3).  Defendant claims that since quarterly payments were made, it is somehow exempt from the citation.  Defendant has neither contested the validity of the judgment, nor filed a motion to quash the citation to discover assets.  Plaintiffs, of their own accord, filed a motion to amend the judgment, which is pending.

6.  Defendant and Michael Vanek have therefore failed to comply with the citation to discover assets.

WHEREFORE, Plaintiffs respectfully move that the Court grant the following relief:

a.  Order Michael Vanek, Defendant's President, to show cause why he should not be held in contempt for his failure to comply with the citation to discover assets; (A draft order is attached hereto as Exhibit G)

b.  Order Defendant and Michael Vanek to pay Plaintiffs' fees and costs in connection with this Rule to Show Cause and for Other Relief.  And grant Plaintiffs leave of 30 days from the Rule to Show Cause hearing to establish such amounts by declaration.

Respectfully Submitted,

/s/ M. Garrett Hohimer
One of Plaintiffs' Attorneys

Thomas J. Angell
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
300 West Washington Street, Suite 1200
Chicago, Illinois 60606-2002
(312) 372-1646

## CERTIFICATE OF SERVICE

I certify that on August 6, 2008, I electronically filed the foregoing MOTION FOR RULE TO SHOW CAUSE AND OTHER RELIEF with the Clerk of the court using the CM/ECF system, which shall provide electronic notification of such filing to the attorneys listed below.

Joseph Patrick Berglund, berglundniew@aol.com

Kenneth Michael Mastny, berglundniew@aol.com

Additionally, I certify that on August 6, 2008, I electronically filed the foregoing MOTION FOR RULE TO SHOW CAUSE AND OTHER RELIEF with the Clerk of the court using the CM/ECF system, and sent for service notice of such filing through personal service, proof of which will be filed after execution, on the person listed below.

Michael Vanek, President
Vanek, Inc.
3920 S. Loomis St.
Chicago, IL 60609

/s/  M. Garrett Hohimer

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK STEWART, its )
Fund Manager and one of its Trustees, )
                                       )  Case No. 07 C 6496
                                       )  Judge Nordberg
                Plaintiffs, )
                                       )
          v. )  Date of Judgment: April 23, 2008
                                         )
VANEK, INC., an Illinois Corporation, )  Judgment Amount: $54,217.16
                                         )
                Defendant. )
                                         )
                                         )

## CITATION TO DISCOVER ASSETS AND CITATION NOTICE

To:    Vanek, Inc.
        Michael Vanek, President
        C/O Eugene A. Di Monte, Registered Agent
        216 W Higgins Rd
        Park Ridge, IL 60068

**YOU ARE COMMANDED** to appear before M. Garrett Hohimer, attorney for Plaintiffs, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Jury Room of Judge Nordberg's Courtroom No. 1801, Chicago, IL on June 27, 2008, at 9:00 a.m. to be examined under oath, and to produce the records detailed below concerning the indebtedness owed to Plaintiffs by Defendant-judgment debtor **Vanek, Inc.** Judgment was entered on April 23, 2008, against **Vanek, Inc.** in the total amount of $54,217.16, of which all remains unpaid. On or after the date shown above, the Court may compel the application of any discovered income or assets toward the payment of the judgment.

**YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

You are commanded to produce the following to M. Garrett Hohimer, attorney for Plaintiffs at Jacobs Burns Orlove Stanton & Hernandez, 122 S. Michigan Ave., STE 1720, Chicago, IL 60603 on or before June 20, 2008, at 5:00 p.m.:

1.    All corporate records including, but not limited to corporate minutes, by-laws, stock certificates, stock register, shareholder agreements and options, and all other documents showing the identities of the principals of **Vanek, Inc.** including all officers and shareholders.

1

2.     A payroll or personnel roster of all **Vanek, Inc.** employees, their positions, and titles for the period of 2003 – present.

3.     A record or roster of all independent contractors engaged or paid by **Vanek, Inc.** for the period of 2003 – present.

4.     All books, records, papers, and other documents indicating the accounts (including joint accounts) held by **Vanek, Inc.**

5.     All records, bank statements, check stubs, cancelled checks, money orders, and other documents which show payments or transfers made in cash or by check to or from **Vanek, Inc.** from or to **Vanek Bros. Trucking Co.** or **Vanek Bros. Re-Ship Corp.** for the period of 2003 – present.

6.     All pass books, checkbooks and bank statements pertaining to **Vanek, Inc.**, including proof of safety deposit boxes, money market accounts, certificates of deposit, treasury bills including all such accounts in which judgment debtor's interest is direct, indirect, legal or beneficial.

7.     All books, records, papers, and other documents indicating the property or income of or indebtedness due judgment debtor **Vanek, Inc.**

8.     All signature cards for accounts held by **Vanek, Inc.**

9.     All contracts entered into between the judgment debtor **Vanek, Inc.,** and any party.

10.    All documents, including invoices and/or requests for draws that evidence monies owed to judgment debtor **Vanek, Inc.,** including monies paid and not yet paid.

   **YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of or interfering with any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or which may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor until the further order of court or termination of the proceeding.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

MICHAEL W. DOBBINS
Clerk of the United States District Court

By: _____          Dated: __5-21-08__
       Deputy Clerk

2

## CERTIFICATION

The undersigned as the attorney for the judgment creditor, certifies that the requirements of 735 ILCS 5/2-1402 have been met and the representations contained in the Citation and the attached Citation Notice are true.  The undersigned further certifies that judgment was entered in the above-captioned case by the above-identified Court in the total amount of $54,217.16.

M. Garrett Hohimer

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK STEWART, its )
Fund Manager and one of its Trustees, )
    ) Case No. 07 C 6496
    ) Judge Nordberg
    Plaintiffs, )
    )
 v. )
    ) **Date of Judgment**: April 23, 2008
VANEK, INC., an Illinois Corporation, )
    ) **Judgment Amount**: $54,217.16
    Defendant. )

### CITATION NOTICE

| | |
|---|---|
| NAME AND ADDRESS OF<br>JUDGMENT DEBTOR: | Vanek, Inc.<br>c/o Eugene A. Di Monte, Registered Agent<br>216 W Higgins Rd.<br>Park Ridge, IL 60068 |
| NAME AND ADDRESS OF<br>ATTORNEY FOR JUDGMENT<br>CREDITOR: | M. Garrett Hohimer<br>Jacobs Burns Orlove Stanton & Hernandez<br>122 South Michigan Avenue, Suite 1720<br>Chicago, IL 60603<br>312-327-3461 |
| AMOUNT OF JUDGMENT: | $54,217.16 |
| NAME OF PERSON RECEIVING: | Vanek, Inc.<br>Michael Vanek, President<br>C/O Eugene A. Di Monte, Registered Agent<br>216 W Higgins Rd<br>Park Ridge, IL 60068 |
| CITATION DATE AND TIME: | June 27, 2008, at 9:00 a.m. |
| DOCUMENTS REQUEST DUE BY: | June 20, 2008, at 5:00 p.m. |
| LOCATION: | Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Judge Nordberg's Jury Room<br>Courtroom No. 1801,<br>Chicago, IL 60604<br>(Terry Charles-Perdue, Courtroom Deputy)<br>(312-435-5782) |

4

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear for a citation to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor **Vanek, Inc.**, or in which the judgment debtor **Vanek, Inc.** has an interest. The citation was issued on the basis of a judgment against the judgment debtor **Vanek, Inc.** in favor of the judgment creditor in the amount stated above. On or after the citation date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.

THE JUDGMENT DEBTOR **VANEK, INC.**, HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor **Vanek, Inc.** may have other possible exemptions under the law.

5

THE JUDGMENT DEBTOR **VANEK, INC.** HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the Dirksen Building, 219 S. Dearborn St., Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

M. Garrett Hohimer
Attorney for Plaintiffs
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-6145
312-327-3461

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 07 C 6496<br>Judge Nordberg |
| v. | ) ) | **Date of Judgment**: April 23, 2008 |
| VANEK, INC., an Illinois Corporation, | ) ) | **Judgment Amount**: $54,217.16 |
| Defendant. | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I, M. Garrett Hohimer, an attorney, certify that I caused a copy of the Citation to Discover Assets, Citation Notice, and Judgment Order in the above-captioned matter to be served upon the below-named persons on the date and in the manner indicated below:

*By Certified First Class Mail, Return Receipt, Restricted Delivery on May 21, 2008:*

Vanek, Inc.
Michael Vanek, President
C/O Eugene A. Di Monte, Registered Agent
216 W Higgins Rd
Park Ridge, IL 60068

*By Certified First Class Mail, Return Receipt, Restricted Delivery on May 21, 2008:*

Vanek, Inc.
C/O Eugene A. Di Monte, Registered Agent
216 W Higgins Rd
Park Ridge, IL 60068


M. Garrett Hohimer

Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145
(312) 372-1646

7

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vanek, Inc.
Michael Vanek, President
C/O Eugene A. Di Monte, Registered Agent
216 W Higgins Rd
Park Ridge, IL 60068

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K. Gemskie                    ☐ Agent
                                ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
K. GEMSKIE                          5-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
   (Transfer from service label)     7005 1820 0003 6342 4564

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Exhibit B



### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK )
STEWART, its Fund Manager and one of its )
Trustees, )
                             )     Case No. 07 C 6496
               Plaintiffs, )     Judge Nordberg
                             )
    v. )
                             )
VANEK, INC., an Illinois Corporation, )
              Defendant. )

### ORDER

This matter having come before the Court on Plaintiffs' Motion for Judgment by Default, and the Court having jurisdiction of the parties and the subject matter, and having been fully advised of the premises and that Defendant has been properly served with process but failed to appear, answer, or otherwise defend this cause in any way, it is hereby ordered as follows:

1.    That Plaintiff's Motion is granted and that Defendant is in default;

2.    That a JUDGMENT be entered in favor of Plaintiff Jack Stewart, Fund Manager, on behalf of the Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, and against Defendant Vanek, Inc. ("Vanek"), in the amount of:

      (a)    $41,227.24 in withdrawal liability principal due;

      (b)    $783.07 in interest through March 12, 2008

      (c)    $8,245.45 in statutory liquidated damages provided by ERISA § 502(g)(2)(C)(ii);

      (d)    $3,961.40 in attorneys fees and costs;

3.  Defendants are enjoined from failing to make interim withdrawal liability payments on a

    quarterly basis;

4.  That Plaintiffs are awarded execution for the collection of the judgment, fees and costs

    granted; and

5.  That the Court retains jurisdiction of this cause to enforce this Order.

ENTERED:  *April 23, 2008*                 _____
                                           UNITED STATES DISTRICT JUDGE

# Exhibit C

## Garrett Hohimer

| | |
|---|---|
| **From:** | Garrett Hohimer |
| **Sent:** | Monday, June 23, 2008 10:32 AM |
| **To:** | 'berglundmastny@aol.com'; 'Berglund & Niew, P.C.' |
| **Subject:** | Vanek Depositions |

Joe,

I have notified the Court that the Fund is postponing the pending depositions because we have not yet received the requested documents. We need these documents prior to the depositions and so, cannot proceed without them. Please provide a date before July 15th by which Vanek will provide the requested documents and a date approximately 1 week later when we could do the deposition pursuant to the Citation to Discover Assets.

Best regards,

Garrett


M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145
312.327.3461
312.580.7175 Fax

NOTICE: READ THIS STATEMENT BEFORE READING THE CONTENTS OF THIS COMMUNICATION.

This transmission is intended by the sender and proper recipient(s) to be confidential, and for the exclusive use of the proper recipient(s). This transmission may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message and/or any attachments is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number ABOVE and delete this e-mail and destroy any and all copies of the e-mail and/or its attachments from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

# Exhibit D

## Garrett Hohimer

**From:**   Garrett Hohimer
**Sent:**   Thursday, July 03, 2008 10:11 AM
**To:**   'BerglundMastny@aol.com'
**Subject:** RE: Vanek Citations

Joe,

We have had numerous discussions regarding the citations so I am not going to repeat the Fund's position, but I wanted to respond to your email.

Garrett

---

**From:** Berglund & Mastny, P.C. [mailto:BerglundMastny@aol.com]
**Sent:** Wednesday, July 02, 2008 4:13 PM
**To:** Garrett Hohimer
**Subject:** RE: Vanek Citations

Garrett,

I have not been retained by Vanek Brothers Trucking Co.

My client is current with his payments and your motion to amend the judgment remains pending. Under what basis are you seeking to conduct Citations?

Joe

> -----Original Message-----
> **From:** Garrett Hohimer [mailto:GHohimer@jbosh.com]
> **Sent:** Wednesday, July 02, 2008 3:52 PM
> **To:** Berglund & Mastny, P.C.
> **Subject:** RE: Vanek Citations
>
> Joe,
>
> I disagree with your conclusions.  I assume from your response that you do not represent Vanek Brothers Trucking Co.  If you do represent Vanek Brothers Trucking Co., please affirmatively respond to that effect by close of business today.
>
> Regards,
>
> Garrett

---

**From:** Berglund & Mastny, P.C. [mailto:berglundmastny@aol.com]
**Sent:** Wednesday, July 02, 2008 3:17 PM
**To:** Garrett Hohimer
**Subject:** RE: Vanek Citations

Garrett,

    You are incurring fees on behalf of the Pension Fund unneccessarily.  My client is current in making his interim payments to the Fund.

7/23/2008

In any event, Vanek Brothers Trucking neither owes Vanek, Inc. any money, nor is in possession of any assets belonging to Vanek, Inc.

In accordance with the response I filed to your motion, I am also preparing a Memorandum to file.

In view of the foregoing, there is no need to file a Motion for Rule to Show Cause.

Thank you.

Joseph Berglund

Berglund & Mastny, P.C.
1010 Jorie Blvd., Suite 370
Oak Brook, IL 60523
(630)990-0234 (tel)
(630)990-2900 (fax)

Please be advised that this email and any materials transmitted with it are confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or re-transmit this communication, but destroy it immediately. Any unauthorized dissemination, distribution, reproduction, or copying of this communication is strictly prohibited.

-----Original Message-----
**From:** Garrett Hohimer [mailto:GHohimer@jbosh.com]
**Sent:** Tuesday, July 01, 2008 7:09 AM
**To:** berglundmastny@aol.com; Berglund & Niew, P.C.
**Subject:** Vanek Citations

Joe,

By 5:00 p.m. tomorrow, July 2nd, please provide a date prior to July 15th that Vanek will provide the requested documents and suggest 2 or 3 dates approximately one week later for the deposition of Mike Vanek.

I would rather not get into a rule to show cause about this, so please provide the dates.

Are you representing Vanek Bros. Trucking Co. too? Because Joy Vanek has also failed to provide documents and comply with the citation directed at her.

Best,

Garrett


M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145
312.327.3461
312.580.7175 Fax

7/23/2008

NOTICE: READ THIS STATEMENT BEFORE READING THE CONTENTS OF THIS COMMUNICATION.

This transmission is intended by the sender and proper recipient(s) to be confidential, and for the exclusive use of the proper recipient
(s). This transmission may contain information that is privileged, attorney work product or exempt from disclosure under applicable
law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message and/or any
attachments is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at
either the e-mail address or telephone number ABOVE and delete this e-mail and destroy any and all copies of the e-mail and/or its
attachments from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work
product, or other applicable privilege. Thank you.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

7/23/2008

# Exhibit E

## Garrett Hohimer

**From:**   Garrett Hohimer
**Sent:**   Thursday, July 17, 2008 2:52 PM
**To:**   'Berglund & Mastny, P.C.'
**Subject:** RE: Vanek

Joe,

I've honored your request to respond this week, although I disagree with your assertion that the deadline was unrealistic. There is a Trustees meeting on Tuesday, July 22nd, so, by tomorrow, July 18, 2008, at 3:00 p.m., I need either:

1.  Vanek's agreement to a possible settlement, pending Trustee's approval, of $45,000 (in addition to and unreduced by payments already made); or
2.  A date within two weeks that Vanek will provide the documents requested in the Citation and a date approximately a week later when he will appear for a deposition.

This is the last time we will extend this courtesy. If Vanek does not comply, be advised that we will file a rule to show cause.

Regards,

Garrett

**From:** Berglund & Mastny, P.C. [mailto:berglundmastny@aol.com]
**Sent:** Friday, July 11, 2008 2:48 PM
**To:** Garrett Hohimer
**Subject:** RE: Vanek

Garrett,

   I will discuss this matter further with my client and contact you next week. Your deadline of July 11th at 3pm is completely unrealistic.

   Thanks.

   Joe

Berglund & Mastny, P.C.
1010 Jorie Blvd., Suite 370
Oak Brook, IL 60523
(630)990-0234 (tel)
(630)990-2900 (fax)

Please be advised that this email and any materials transmitted with it are confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or re-transmit this communication, but destroy it immediately. Any unauthorized dissemination, distribution, reproduction, or copying of this communication is strictly prohibited.

7/23/2008

-----Original Message-----
**From:** Garrett Hohimer [mailto:GHohimer@jbosh.com]
**Sent:** Thursday, July 10, 2008 10:13 AM
**To:** BerglundMastny@aol.com
**Subject:** Vanek

Joe,

For your information, the Fund Trustees are meeting Monday, July 14, 2008, so please respond to the email I sent yesterday regarding settlement or the dates for providing documents by Friday, July 11, 2008, at 3:00 p.m. That will allow me to get the matter before the Trustees on Monday and hopefully reach an accord.

Also, the possible $45,000 settlement amount mentioned in yesterday's email is in addition to and reflects all payments made by Vanek, Inc. to date.

Regards,

Garrett


M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145
312.327.3461
312.580.7175 Fax


NOTICE: READ THIS STATEMENT BEFORE READING THE CONTENTS OF THIS COMMUNICATION.

This transmission is intended by the sender and proper recipient(s) to be confidential, and for the exclusive use of the proper recipient(s). This transmission may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message and/or any attachments is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the e-mail address or telephone number ABOVE and delete this e-mail and destroy any and all copies of the e-mail and/or its attachments from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.


This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

# Exhibit F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK STEWART, its )
Fund Manager and one of its Trustees, )          Case No. 07 C 6496
                                 )          Judge Nordberg
             Plaintiffs, )
                                 )
       v. )
                                   )
VANEK, INC., an Illinois Corporation, )
                                   )
            Defendant. )
                                   )
                                   )

State of Illinois     )
                   ) SS:
County of Cook    )

## DECLARATION OF MARK GARRETT HOHIMER

      I, Mark Garrett Hohimer, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury

that the following is true and correct.

     1.    I am an attorney with the law firm of Jacobs, Burns, Orlove, Stanton & Hernandez.  I

represent the Plaintiffs in this matter.  I have personal knowledge of the facts set forth in this

declaration and am competent to testify if necessary.

     2.    Exhibits C, D, and E attached to this motion for a rule to show cause are true and

correct copies of emails sent on the dates indicated therein between me and Joseph Berglund,

attorney for Vanek, Inc.

     3.    On May 21, 2008, I sent a citation to discover assets to Michael Vanek, President of

Vanek, Inc., through its registered agent, attorney Eugene Di Monte.  This citation was received

on May 22, 2008 (See Domestic Return Receipt included with Ex. A).

     4.    Michael Vanek failed to provide the documents requested in the citation by June 20,

2008.

5.    On or about June 20, 2008, Joe Berglund, Vanek, Inc.'s attorney, intimated in a phone conversation that Michael Vanek would not appear to be deposed as scheduled on June 27, 2008.

6.    As a consequence of Defendant's failure to provide documents and intent not to attend the scheduled deposition, I cancelled the deposition of Michael Vanek scheduled for June 27, 2008.

7.    I made several attempts to reschedule both the delivery of the requested documents and the deposition of Michael Vanek, which Defendant either refused, disputed, or ignored (See Exs. C, D, and E),

8.    To date, Michael Vanek, Defendant's President, has not provided the documents requested in the citation to discover assets and has not rescheduled his deposition.

Executed on August 6, 2008.

M. Garrett Hohimer

Subscribed and sworn to before me
this _6_ day of _August_, 2008.

NOTARY PUBLIC

MIRIAM H. RIOS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 26, 2011

2

# Exhibit G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS AND ) 
WAREHOUSE UNION (INDEPENDENT) ) 
PENSION FUND, a Trust, and JACK STEWART, its ) 
Fund Manager and one of its Trustees, )           Case No. 07 C 6496
                                   )           Judge Nordberg
                Plaintiffs, )
                                     )
      v. )
                                       )
VANEK, INC., an Illinois Corporation, )
                                       )
               Defendant. )
                                       )
                                       )

### **ORDER**

This matter having come before the Court on Plaintiffs' motion for rule to show cause

why Vanek, Inc. and Michael Vanek, President of Vanek, Inc., should not be held in contempt,

the Court having jurisdiction over the subject matter and the parties, due notice having been

given to the parties, and the Court having been fully advised of the premises;

IT IS HEREBY ORDERED:

That Michael Vanek, President of Vanek, Inc., shall appear before this Court on

_____, 2008 at ____:____ __.m. to show cause, if any, why he and Vanek,

Inc. should not be held in contempt for failing to comply with this Court's Citation to Discover

Assets issued on May 21, 2008.

ENTERED: _____

                                          _____
                                          Judge John A. Nordberg
                                          United States District Judge