**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees, | ) ) ) ) ) | |
| | ) | Case No. 07 C 6496 |
| | ) | Judge Gottschall |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| VANEK, INC., an Illinois Corporation, | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF MOTION**

TO:   See attached Certificate of Service.

    **PLEASE TAKE NOTICE** that on Thursday, August 28, 2008, at 9:30 a.m., I shall appear before the Honorable Joan B. Gottschall in the courtroom usually occupied by her at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion for Rule to Show Cause and Other Relief**, a copy of which is attached hereto.

                                        Respectfully submitted,

                                        /s/  M. Garrett Hohimer
                                        M. Garrett Hohimer
                                        One of Plaintiffs' Attorneys

Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603     (312) 372-1646

2

**CERTIFICATE OF SERVICE**

   I certify that on August 8, 2008, I electronically filed the foregoing NOTICE OF MOTION FOR RULE TO SHOW CAUSE AND OTHER RELIEF with the Clerk of the court using the CM/ECF system, which shall provide electronic notification of such filing to the attorneys listed below.


Joseph Patrick Berglund, berglundniew@aol.com

Kenneth Michael Mastny, berglundniew@aol.com


   Additionally, I certify that on August 8, 2008, I electronically filed the foregoing NOTICE OF MOTION FOR RULE TO SHOW CAUSE AND OTHER RELIEF with the Clerk of the court using the CM/ECF system, and sent for service notice of such filing through personal service, proof of which will be filed after execution, on the person listed below.

Michael Vanek, President
Vanek, Inc.
3920 S. Loomis St.
Chicago, IL 60609


               /s/  M. Garrett Hohimer