**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) PEN- )
SION FUND, a Trust, and JACK STEWART) its Fund )
Manager and one of its Trustees, ) Case No. 07 C 6496
)
) Judge Gottschall
Plaintiffs, )
)
v. )
)
VANEK, INC., an Illinois Corporation, )
)
Defendant. )
)
)

**MOTION FOR RULE TO SHOW CAUSE AND FOR OTHER RELIEF**

Plaintiffs request that this Court enter a rule to show cause against Joy Vanek, President

of Vanek Bros. Trucking Co., the subject of a third-party citation to discover assets in the above

captioned matter, and in support thereof state as follows:

1. Judgment was entered against Defendant in this matter on April 23, 2008 (Exh. B).

2. Joy Vanek, President of Vanek Bros. Trucking Co. was served via Certified Mail, Re-

stricted Delivery to attorney Eugene Di Monte, registered agent, on May 22, 2008, with a third-

party citation to discover assets requesting documents be delivered on June 19, 2008, and a

deposition be conducted June 26, 2008 (Ex. A).

3. Vanek Bros. Trucking Co. ignored the citation to discover assets and failed to provide

the requested documents.  This failure forced Plaintiffs to postpone the deposition scheduled for

June 26, 2008.

4. On July 7, 2008, Plaintiffs sent a letter to Joy Vanek, President of Vanek Bros. Truck-

ing Co., through its registered agent, requesting that the company comply with the citation and

provide documents by a date certain and that Joy Vanek appear to be deposed, also on a date certain. (See Ex. C – Letter to Vanek Bros. Trucking Co., and Ex. D – Declaration of M. Garrett Hohimer)

    5.  Vanek Bros. Trucking Co. has completely ignored the citation to discover assets, the letter of July 7, 2008, and Plaintiffs' efforts to reschedule the required document production and deposition.

    6.  Joy Vanek, President of Vanek Bros. Trucking Co., has therefore failed to comply with the citation to discover assets.

    WHEREFORE, Plaintiffs respectfully move that the Court grant the following relief:

    a.  Order Joy Vanek, President of Vanek Bros. Trucking Co., to show cause why she should not be held in contempt for her failure to comply with the citation to discover assets (A draft order is attached hereto as Exhibit E);

    b.  Order Vanek Bros. Trucking Co. and Joy Vanek to pay Plaintiffs' fees and costs in connection with this Rule to Show Cause and for Other Relief. And grant Plaintiffs leave of 30 days from the Rule to Show Cause hearing to establish such amounts by declaration.

Respectfully Submitted,


/s/ M. Garrett Hohimer
One of Plaintiffs' Attorneys


Thomas J. Angell
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
300 West Washington Street, Suite 1200
Chicago, Illinois 60606-2002
(312) 372-1646

### CERTIFICATE OF SERVICE

   I certify that on August 8, 2008, I electronically filed the foregoing MOTION FOR RULE TO SHOW CAUSE AND OTHER RELIEF with the Clerk of the court using the CM/ECF system, which shall provide electronic notification of such filing to the attorneys listed below.


Joseph Patrick Berglund, berglundniew@aol.com

Kenneth Michael Mastny, berglundniew@aol.com


   Additionally, I certify that on August 8, 2008, I electronically filed the foregoing MOTION FOR RULE TO SHOW CAUSE AND OTHER RELIEF with the Clerk of the court using the CM/ECF system, and sent for service notice of such filing through personal service, proof of which will be filed after execution, on the person listed below.

Joy Vanek, President
Vanek Bros. Trucking Co.
3924 S. Loomis St.
Chicago, IL 60609-2401


         /s/  M. Garrett Hohimer

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees, | ) ) ) ) ) | |
| | ) ) | Case No. 07 C 6496 |
| Plaintiffs, | ) ) | Judge Nordberg |
| | ) ) | |
| v. | ) ) | **Date of Judgment**: April 23, 2008 |
| VANEK, INC., an Illinois Corporation, | ) ) | **Judgment Amount**: $54,217.16 |
| Defendant. | ) ) ) ) | |

**CITATION TO DISCOVER ASSETS AND CITATION NOTICE**

To:   Vanek Bros. Trucking Co.
Joy Vanek, President
C/O Eugene A. Di Monte, Registered Agent
216 W Higgins Rd
Park Ridge, IL 60068

**YOU ARE COMMANDED** to appear before M. Garrett Hohimer, attorney for Plaintiffs, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Jury Room of Judge Nordberg's Courtroom No. 1801, Chicago, IL on June 26, 2008, at 9:00 a.m. to be examined under oath, and to produce the records detailed below concerning the indebtedness owed to Plaintiffs by Defendant-judgment debtor **Vanek, Inc.**  Judgment was entered on April 23, 2008, against **Vanek, Inc.** in the total amount of $54,217.16, of which all remains unpaid. On or after the date shown above, the Court may compel the application of any discovered income or assets toward the payment of the judgment.

**YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

You are commanded to produce the following to M. Garrett Hohimer, attorney for Plaintiffs at Jacobs Burns Orlove Stanton & Hernandez, 122 S. Michigan Ave., STE 1720, Chicago, IL 60603 on or before June 19, 2008, at 5:00 p.m.:

1.    All corporate records including, but not limited to corporate minutes, by-laws, stock certificates, stock register, shareholder agreements and options, and all other documents showing the identities of the principals of **Vanek Bros. Trucking Co.** including all officers and shareholders.

1

2.   A payroll or personnel roster of all **Vanek Bros. Trucking Co.** employees, their positions, and titles for the period of 2003 – present.

3.   A record or roster of all independent contractors engaged or paid by **Vanek Bros. Trucking Co.** for the period of 2003 – present.

4.   All books, records, papers, and other documents indicating the accounts (including joint accounts) held by **Vanek Bros. Trucking Co.**

5.   All records, bank statements, check stubs, cancelled checks, money orders, and other documents which show payments or transfers made in cash or by check to or from **Vanek Bros. Trucking Co.** from or to **Vanek, Inc.** for the period of 2003 – present.

6.   All pass books, checkbooks and bank statements pertaining to **Vanek Bros. Trucking Co.**, including proof of safety deposit boxes, money market accounts, certificates of deposit, treasury bills including all such accounts in which judgment debtor's interest is direct, indirect, legal or beneficial.

7.   All books, records, papers, and other documents indicating the property or income of or indebtedness due judgment debtor **Vanek, Inc.**

8.   All signature cards for accounts held by **Vanek Bros. Trucking Co.**

9.   All contracts entered into between the judgment debtor **Vanek, Inc.**, and any party, including **Vanek Bros. Trucking Co.**

10.  All documents, including invoices and/or requests for draws that evidence monies owed by **Vanek Bros. Trucking Co.** to judgment debtor **Vanek, Inc.**, including monies paid and not yet paid.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of or interfering with any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or which may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor until the further order of court or termination of the proceeding.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

MICHAEL W. DOBBINS
Clerk of the United States District Court

By: _____          Dated: ___5-31-08___
        Deputy Clerk

2

## <u>CERTIFICATION</u>

The undersigned as the attorney for the judgment creditor, certifies that the requirements of 735 ILCS 5/2-1402 have been met and the representations contained in the Citation and the attached Citation Notice are true.  The undersigned further certifies that judgment was entered in the above-captioned case by the above-identified Court in the total amount of $54,217.16.

M. Garrett Hohimer

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK STEWART, its )
Fund Manager and one of its Trustees, )           Case No. 07 C 6496
                                         )           Judge Nordberg
                   Plaintiffs, )
     v. )
                                           )           **Date of Judgment**: April 23, 2008
VANEK, INC., an Illinois Corporation, )
                                           )           **Judgment Amount**: $54,217.16
                  Defendant. )

## CITATION NOTICE

NAME AND ADDRESS OF        Vanek, Inc.
JUDGMENT DEBTOR:          c/o Eugene A. Di Monte, Registered Agent
                                    216 W Higgins Rd.
                                    Park Ridge, IL 60068

NAME AND ADDRESS OF        M. Garrett Hohimer
ATTORNEY FOR JUDGMENT   Jacobs Burns Orlove Stanton & Hernandez
CREDITOR:                         122 South Michigan Avenue, Suite 1720
                                    Chicago, IL 60603
                                    312-327-3461

AMOUNT OF JUDGMENT:       $54,217.16

NAME OF PERSON RECEIVING:  Vanek Bros. Trucking Co.
                                    Joy Vanek, President
                                    C/O Eugene A. Di Monte, Registered Agent
                                    216 W Higgins Rd
                                    Park Ridge, IL 60068

CITATION DATE AND TIME:     June 26, 2008, at 9:00 a.m.

DOCUMENTS REQUEST DUE BY:  June 19, 2008, at 5:00 p.m.

LOCATION:                     Everett McKinley Dirksen
                                    United States Courthouse
                                    219 South Dearborn Street
                                    Judge Nordberg's Jury Room
                                    Courtroom No. 1801,
                                    Chicago, IL 60604
                                    (Terry Charles-Perdue, Courtroom Deputy)
                                    (312-435-5782)

4

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear for a citation to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor **Vanek, Inc.,** or in which the judgment debtor **Vanek, Inc.** has an interest. The citation was issued on the basis of a judgment against the judgment debtor **Vanek, Inc.** in favor of the judgment creditor in the amount stated above. On or after the citation date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.

THE JUDGMENT DEBTOR **VANEK, INC.,** HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor **Vanek, Inc.** may have other possible exemptions under the law.

5

THE JUDGMENT DEBTOR **VANEK, INC.** HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the Dirksen Building, 219 S. Dearborn St., Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

M. Garrett Hohimer
Attorney for Plaintiffs
122 South Michigan Avenue
Suite 1720
Chicago, IL 60603-6145
312-327-3461

6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS AND )
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK STEWART, its )
Fund Manager and one of its Trustees, )

               Plaintiffs, )

      v. )

VANEK, INC., an Illinois Corporation, )

              Defendant. )

Case No. 07 C 6496
Judge Nordberg

**Date of Judgment**: April 23, 2008

**Judgment Amount**: $54,217.16

## CERTIFICATE OF SERVICE

I, M. Garrett Hohimer, an attorney, certify that I caused a copy of the Citation to Discover Assets, Citation Notice, and Judgment Order in the above-captioned matter to be served upon the below-named persons on the date and in the manner indicated below:

*By Certified First Class Mail, Return Receipt,*
*Restricted Delivery on May 21, 2008:*

Vanek Bros. Trucking Co.
Joy Vanek, President
C/O Eugene A. Di Monte, Registered Agent
216 W Higgins Rd
Park Ridge, IL 60068

*By Certified First Class Mail, Return Receipt,*
*Restricted Delivery on May 21, 2008:*

Vanek, Inc.
C/O Eugene A. Di Monte, Registered Agent
216 W Higgins Rd
Park Ridge, IL 60068

M. Garrett Hohimer

Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145
(312) 372-1646

7

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vanek Bros. Trucking Co.
Joy Vanek, President
C/O Eugene A. Di Monte, Registered Agent
216 W Higgins Rd
Park Ridge, IL 60068

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _R. Gemthie_   ☒ Agent
                 ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_KOEHSKIE_                       _5-2_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   (Transfer from service label)   7005 1820 0003 6343 0473

PS Form 3811, August 2001     Domestic Return Receipt     2ACPRI-03-Z-0985

# Exhibit B



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHICAGO TRUCK DRIVERS, HELPERS AND ) 
WAREHOUSE UNION (INDEPENDENT) )
PENSION FUND, a Trust, and JACK )
STEWART, its Fund Manager and one of its )
Trustees, )
                             )      Case No. 07 C 6496
              Plaintiffs,      )      Judge Nordberg
                             )
     v.                                 )
                                )
VANEK, INC., an Illinois Corporation,      )
                                )
             Defendant.      )

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Judgment by Default, and the Court having jurisdiction of the parties and the subject matter, and having been fully advised of the premises and that Defendant has been properly served with process but failed to appear, answer, or otherwise defend this cause in any way, it is hereby ordered as follows:

1. That Plaintiff's Motion is granted and that Defendant is in default;

2. That a JUDGMENT be entered in favor of Plaintiff Jack Stewart, Fund Manager, on behalf of the Chicago Truck Drivers, Helpers and Warehouse Union (Independent) Pension Fund, and against Defendant Vanek, Inc. ("Vanek"), in the amount of:

    (a) $41,227.24 in withdrawal liability principal due;

    (b) $783.07 in interest through March 12, 2008

    (c) $8,245.45 in statutory liquidated damages provided by ERISA § 502(g)(2)(C)(ii);

    (d) $3,961.40 in attorneys fees and costs;

3. Defendants are enjoined from failing to make interim withdrawal liability payments on a quarterly basis;

4. That Plaintiffs are awarded execution for the collection of the judgment, fees and costs granted; and

5. That the Court retains jurisdiction of this cause to enforce this Order.

ENTERED: _April 23, 2008_

UNITED STATES DISTRICT JUDGE

# Exhibit C

## JACOBS, BURNS, ORLOVE, STANTON & HERNANDEZ
122 SOUTH MICHIGAN AVENUE, SUITE 1720
CHICAGO, ILLINOIS 60603-6145
(312) 372-1646
FACSIMILE: (312) 580-7175
WWW.JBOSH.COM

M. GARRETT HOHIMER
(312) 327-3461
GHOHIMER@JBOSH.COM

OF COUNSEL:
IAN J. ELFENBAUM
CHARLES ORLOVE
GERALD BARRETT

July 7, 2008

JOSEPH M. JACOBS 1931-1995
ALBERT GORE 1956-1974
MARTIN J. BURNS 1960-1999
ROBERT S. BATES, JR. 1983-1996

VIA FACSIMILE

Joy Vanek, President
Vanek Bros. Trucking Co.
C/O Eugene Di Monte, Registered Agent
216 Higgins Road
Park Ridge, IL 60068
F: 847-698-9623

   Re: *Document Request and Deposition of Joy Vanek Persuant to Citation to Discover Assets*

Dear Ms. Vanek,

Vanek Bros. Trucking Co. failed to provide requested documents by June 19, 2008, as directed by the Citation to Discover Assets issued on May 21, 2008. The Fund requires the documents in advance of the deposition and as a result of your failure to provide them, the deposition scheduled for June 26, 2008, was cancelled and you were notified of such cancellation.

The Fund requests that by July 8, 2008, at 5:00 p.m., you provide a date prior to July 17, 2008 that you will deliver all of the documents requested by the May 21, 2008, Citation to Discover Assets. And the Fund requests that by July 8, 2008, at 5:00 p.m., you provide a weekday date between July 23, 2008 and July 28, 2008, when you will be available to be deposed pursuant the Citation beginning at 9:00 a.m.

Failure to provide either the dates requested above or the documents requested in the Citation may result in the Fund pursuing further legal action against you and a charge of contempt of court.

Regards,

M. Garrett Hohimer

© 212

# TRANSACTION REPORT
### JUL/07/2008/MON 09:45 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUL/07 | 09:45AM | 918476989623 | 0:00:29 | 2 | OK | SG3 | 0589 |

### LAW OFFICES
### JACOBS, BURNS, ORLOVE, STANTON & HERNANDEZ
122 SOUTH MICHIGAN AVENUE, SUITE 1720
CHICAGO, ILLINOIS 60603-6145
(312) 372-1646
FACSIMILE: (312) 580-7175

---

# FACSIMILE

TO:     **Joy Vanek, C/O Eugene Di Monte,** Registered Agent, 847-698-9623

FROM:   Garrett Hohimer

DATE:   July 7, 2008

SUBJECT:   Document Request and Deposition of Joy Vanek Persuant to Citation.

PAGES:   2, incl cover

NOTE:

---

This transmittal will not be placed in the U.S. Mail.

Sender: Garrett Hohimer, P: 312-327-3461

*IMPORTANT: THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE ABOVE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.*

# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees, | ) ) ) ) | |
| | ) | Case No. 07 C 6496 |
| Plaintiffs, | ) ) | Judge Nordberg |
| v. | ) ) ) | |
| VANEK, INC., an Illinois Corporation, | ) ) | |
| Defendant. | ) ) ) | |

State of Illinois     )
                              ) SS:
County of Cook     )

## DECLARATION OF MARK GARRETT HOHIMER

I, Mark Garrett Hohimer, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct.

1.     I am an attorney with the law firm of Jacobs, Burns, Orlove, Stanton & Hernandez. I represent the Plaintiffs in this matter. I have personal knowledge of the facts set forth in this declaration and am competent to testify if necessary.

2.     Exhibits C attached to this motion for a rule to show cause is a true and correct copy of the letter sent to Joy Vanek at Vanek Bros. Trucking Co. through its registered agent, attorney Eugene Di Monte.

3.     On May 21, 2008, I sent a citation to discover assets to Joy Vanek, President of Vanek Bros. Trucking Co., through its registered agent, attorney Eugene Di Monte. This citation was received on May 22, 2008 (See Domestic Return Receipt included with Ex. A).

1

4.    Joy Vanek failed to provide the documents requested in the citation by June 19, 2008 - the deadline indicated therein. As a consequence of this failure, I cancelled the deposition of Joy Vanek scheduled for June 26, 2008, and notified her of the cancellation.

5.    On July 7, 2008, I sent a letter to Joy Vanek, President of Vanek Bros. Trucking Co. through its registered agent, attorney Eugene Di Monte, requesting that she suggest dates by which she could provide the requested documents and appear for the deposition pursuant to the citation and then follow through both with providing the documents and appearing for the deposition.

6.    To date, Joy Vanek has ignored the citation and my subsequent letter. She has failed to suggest dates for document delivery and the deposition, and failed to provide the documents requested in the citation to discover assets or to be deposed pursuant thereto.

Executed on August 6, 2008.

M. Garrett Hohimer

Subscribed and sworn to before me
this _6_ day of _August_, 2008.

NOTARY PUBLIC

MIRIAM H. RIOS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 26, 2011

2

# Exhibit E

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees, | ) ) ) ) | Case No. 07 C 6496 |
| | ) | Judge Gottschall |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VANEK, INC., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### ORDER

This matter having come before the Court on Plaintiffs' motion for rule to show cause why Vanek Bros. Trucking Co. and Joy Vanek, President of Vanek Bros. Trucking Co. should not be held in contempt, the Court having jurisdiction over the subject matter and the parties, due notice having been given to the parties, and the Court having been fully advised of the premises;

IT IS HEREBY ORDERED:

That Joy Vanek, President of Vanek Bros. Trucking Co., shall appear before this Court on _____, 2008 at ____:____ __.m. to show cause, if any, why she and Vanek Bros. Trucking Co. should not be held in contempt for failing to comply with this Court's Citation to Discover Assets issued on May 21, 2008.


ENTERED: _____          _____

                                        United States District Judge