UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees, <br><br>           Plaintiffs, <br><br>v. <br><br>VANEK, INC., an Illinois Corporation, <br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 07 C 6496<br>)   Judge Gottschall<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:    See attached Certificate of Service.

      **PLEASE TAKE NOTICE** that on Thursday, September 4, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Joan B. Gottschall in the courtroom usually occupied by her at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion to Amend the Judgment**, a copy of which was previously filed as Document Number [21], and to which Defendant has Responded (Document No. [23]), and Plaintiff has Replied (Document No. [25]).

                                            Respectfully submitted,

                                            /s/  M. Garrett Hohimer__
                                            M. Garrett Hohimer
                                            One of Plaintiffs' Attorneys

Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603
(312) 372-1646

## CERTIFICATE OF SERVICE

      I certify that on August 25, 2008, I electronically filed the foregoing **Notice of Plaintiffs' Motion to Amend the Judgment** with the Clerk of the court using the CM/ECF system, which shall provide electronic notification of such filing to the attorneys listed below.

Joseph Patrick Berglund, berglundniew@aol.com

Kenneth Michael Mastny, berglundniew@aol.com

                                        /s/ M. Garrett Hohimer