**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>VANEK, INC., an Illinois Corporation,<br><br>Defendant. | Case No. 07 C 6496<br>Judge Gottschall |

## NOTICE OF MOTION

TO:   See attached Certificate of Service.

   **PLEASE TAKE NOTICE** that based on Judge Gottschall's schedule, I shall appear before the Honorable Joan B. Gottschall on Thursday, September 4, 2008, at 9:30 a.m., rather than August 28, 2008, as previously noticed, in the courtroom usually occupied by her at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion for Rule to Show Cause and Other Relief**, a copy of which was previously filed as Document No. [29].

                              Respectfully submitted,

                              /s/ M. Garrett Hohimer
                              M. Garrett Hohimer
                              One of Plaintiffs' Attorneys

Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603      (312) 372-1646

2

## **CERTIFICATE OF SERVICE**

      I certify that on August 25, 2008, I electronically filed the foregoing NOTICE OF MOTION FOR RULE TO SHOW CAUSE AND OTHER RELIEF with the Clerk of the court using the CM/ECF system, which shall provide electronic notification of such filing to the attorneys listed below.


Joseph Patrick Berglund, berglundniew@aol.com

Kenneth Michael Mastny, berglundniew@aol.com


                                              /s/  M. Garrett Hohimer