# EXHIBIT

# 1

## Declaration

I, Michael Vanek, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am competent to make the statements herein and have personal knowledge of them.

2. I have been President of Vanek, Inc. since it was incorporated in 1992.

3. Vanek Inc. has paid and is current in making interim withdrawal liability payments to the Chicago Truck Drivers, Helpers and Warehouse Union Pension Fund ("Pension Fund") on a quarterly basis. The last payment made was on August 27, 2008, which represents Vanek's installment due on September 1, 2008, in the amount of $2,860.00.

4. Vanek, Inc. made the following payments to the Pension Fund on the dates indicated below:
   (a) Check No. 3758, dated 2/28/07 in the amount of $2,860.00
   (b) Check No. 3788 dated 10/19/07 in the amount of $2,944.36
   (c) Check No. 3794 dated 11/29/07 in the amount of $2,860.00
   (d) Check No. 3809 dated 3/13/08 in the amount of $2,860.00
   (e) Check No. 3810 dated 3/25/08 in the amount of $2,860.00
   (f) Money Order dated 5/28/08 in the amount of $2,860.00
   (g) Money Order dated 8/27/08 in the amount of $2,860.00

5. Genuine copies of the foregoing seven payments are attached hereto as Group Exhibit A. Attached hereto as Exhibit B is a receipt signed by Pension Fund Representative McKendrick for the payment Vanek, Inc., made on 8/27/08 in the amount of $2,860.00.

6. In response to the Pension Fund's Motion for Default Judgment, I appeared in Court on March 13, 2008 before Judge Norberg. I informed the Judge that I had $2,860.00 with me which I personally delivered to Mr. Garrett Hohimer in Court on March 13, 2008. After I gave Mr. Hohimer the payment, Mr. Hohimer told me that Vanek, Inc. was one payment behind schedule. As a result, Vanek, Inc. made the payment on March 25, 2008 in the amount of $2,860.00 as set forth in paragraph 4(e) above. Garrett Hohimer then sent me a Promissory Note to sign on April 18, 2008 which is attached to this Declaration as Exhibit C. Mr. Hohimer gave me less than one day to review and sign the Promissory which would have made me personally liable and another company, Vank Bros. Trucking Co., also liable under the Promissory Note. Since the Pension Fund accepted the installment payments of Vanek, Inc. which brought Vanek, Inc. current under the Fund's installment agreement, I did not agree to sign the Note on my behalf personally or on behalf of Vanek Bros. Trucking and I understood that I did not have to appear back in Court again.

Dated: September 3, 2008                    /s/ Michael Vanek

EXHIBIT 1

# EXHIBIT

# A

```
*071025629*
03/05/2007
000000000261363
```
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

VANEK, INC.                                                              3758

DATE 3/4/07

PAY TO THE ORDER OF  C T D U                            $ 2860

                    PEST    2060M0003                   DOLLARS

MB FIRST BANK OF COUNTRYSIDE

                                                  /s/ Michael A. Vanek

FOR _____

⑆003758⑆ ⑈071924212⑈ 908516300⑆            ⑆0000286000⑆

Date 03-06-2007   Sequence 3531276870   Account 908516300   Amount 2860.00   Check Number 3758   Trancode 0
Transit/Routing 71924212   EmpID 0   DbCr D

↓ Do not endorse or write below this line. ↓

RiverPlace Bank

03/06/2007
3531276870

6P **EXHIBIT**

A



Date 10-26-2007  Sequence 3674722650  Account 908516300  Amount 2944.36  Check Number 3788  Trancode 0
Transit/Routing 71924212  EmpID 0  DbCr D



=071025629=
12/04/2007
000000000263978
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

VANEK, INC.                                              2794

PAY TO THE ORDER OF   GTDV   PEMLIN  AND   $2860 —
                      2860 AND 00/100   DOLLARS

FIRST BANK OF COUNTRYSIDE

Michael A Vanek

"003794"  ⑆071924212⑆  "908516300"⑈   /0000286000/

Date 12-05-2007   Sequence 3683387590   Account 908516300   Amount 2860.00   Check Number 3794   Trancode 0
Transit/Routing 71924212   EmpID 0   DbCr D

PAY TO THE ORDER OF
RiverWest Bank



Date 04-01-2008   Sequence 3575175070   Account 908516300   Amount 2860.00   Check Number 3810   Trancode 0
Transit/Routing 71924212   EmpID 0   DbCr D



Date 03-25-2008  Sequence 3601329160  Account 908516300  Amount 2860.00  Check Number 3809  Trancode 0
Transit/Routing 71924212  EmpID 0  DbCr D







YOUR CURRENCY EXCHANGE
1858 WEST PERSHING ROAD - CHICAGO, ILLINOIS 60609
PHONE: (773) 523-3347  FAX: (773) 523-2778

CHECKS CASHED - GAS, LIGHT, PHONE & WATER
BILLS ACCEPTED FOR PAYMENT - NOTARY PUBLIC
AUTO LICENSE SERVICE - INCOME TAX SERVICE

COMMUNITY SERVICE CENTER

CORUS BANK
CHICAGO, ILLINOIS

No. A 339055

70-2825/719

08/27/2008

Vanek Inc
REMITTER

PAY TO THE ORDER OF   Chicago Truck Drivers Union Pension Fund

$2,860.00

Two Thousand Eight Hundred Sixty And 0/100 U.S. Dollars

PERSHING ROAD CURRENCY EXCHANGE, INC.
NO RECOURSE IF SOLD IN BLANK
Not Over $2800 Over $18.70  Fee $0.75 #339055 BG

NON-NEGOTIABLE

⑈339055⑈ ⑆071926252⑆ ⑈031043⑈

# EXHIBIT

# B

**RECEIPT** Date 8/27 19 08 No. 12544
Received From VANEL INC
Address _____
Dollars $ 260
For CTDV PENSION FUNDS
CK # 339955

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | - | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

By X D McKendrick

EXHIBIT B

# EXHIBIT

# C

LAW OFFICES
JACOBS, BURNS, ORLOVE, STANTON & HERNANDEZ
122 SOUTH MICHIGAN AVENUE, SUITE 1720
CHICAGO, ILLINOIS 60603-6145
(312) 372-1646
FACSIMILE: (312) 580-7175

# FACSIMILE

TO: Michael Vanek 773-254-8730

FROM: Garrett Hohimer

DATE: April 18, 2008

SUBJECT: REVISED PROMISSORY NOTE FOR SETTLEMENT

PAGES: 3, incl cover

NOTE:

Mr. Vanek,

Please use the Promissory Note that follows with each copy of the Agreement instead of the ones I sent on Wednesday. This Promissory Note requires a first payment by June 1, 2008, which is consistent with the Fund's original payment schedule. The previous Promissory Note had July 1, 2008, which was my mistake when I typed it out. Please respond by close of business today as to whether you will agree with the terms of the Settlement Agreement and Promissory Note by faxing me signed copies and sending me the originals as instructed.

Regards,

Garrett Hohimer

This transmittal will not be placed in the U.S. Mail.

Sender: Garrett Hohimer, P: 312-327-3461

IMPORTANT: THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE ABOVE ADDRESSEE. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.



EXHIBIT C

## PROMISSORY NOTE

The undersigned, Michael Vanek, individually and as president of Vanek, Inc. and as an officer of Vanek Bros. Trucking Co., jointly and severally, hereby promise to pay to the order of CHICAGO TRUCK DRIVERS PENSION FUND (the "Fund") (a) fifteen (15) consecutive quarterly withdrawal liability payments of $2,860.00 commencing with the first payment due on June 1, 2008, and a final consecutive quarterly payment of $700.57, and (b) one (1) payment of $4,782.26 on May 1, 2008. If payments are not made timely, liquidated damages of 20% of the remaining liability will be payable to the Funds. All payments shall be made payable to CHICAGO TRUCK DRIVERS PENSION FUND and are to be forwarded to the Fund's office at 1645 W Jackson, Suite 500, Chicago, IL 60612, or at such other place as the payee or holder hereof may direct.

In the event that Michael Vanek individually and/or Vanek, Inc., and/or Vanek Brothers Trucking, Inc. at any time (a) fails to make timely quarterly payments when due to the Funds; or (b) is subject to any bankruptcy or insolvency proceedings or in the event Michael Vanek dies; or (c) there is a default in the payment of any installment on this note (the occurrence of any of the foregoing events shall hereinafter be called and "event of default"), the holder hereof, without notice to the undersigned, or any of them, may declare the entire balance hereof immediately due and payable. Interest shall be due on such balance at the rate of 1.5% per month, compounded.

The undersigned are jointly and severally liable for the amounts due hereunder and each does hereby waive presentment for payment, notice of dishonor and protest. Dated and signed at Chicago, Illinois this _____ day of _____, 2008.

_____
Michael Vanek, Individually

_____
Michael Vanek for Vanek, Inc.

_____
Michael Vanek for Vanek Bros. Trucking Co.

## PROMISSORY NOTE

The undersigned, Michael Vanek, individually and as president of Vanek, Inc. and as an officer of Vanek Bros. Trucking Co., jointly and severally, hereby promise to pay to the order of CHICAGO TRUCK DRIVERS PENSION FUND (the "Fund") (a) fifteen (15) consecutive quarterly withdrawal liability payments of $2,860.00 commencing with the first payment due on June 1, 2008, and a final consecutive quarterly payment of $700.57, and (b) one (1) payment of $4,782.26 on May 1, 2008. If payments are not made timely, liquidated damages of 20% of the remaining liability will be payable to the Funds. All payments shall be made payable to CHICAGO TRUCK DRIVERS PENSION FUND and are to be forwarded to the Fund's office at 1645 W Jackson, Suite 500, Chicago, IL 60612, or at such other place as the payee or holder hereof may direct.

In the event that Michael Vanek individually and/or Vanek, Inc., and/or Vanek Brothers Trucking, Inc. at any time (a) fails to make timely quarterly payments when due to the Funds; or (b) is subject to any bankruptcy or insolvency proceedings or in the event Michael Vanek dies; or (c) there is a default in the payment of any installment on this note (the occurrence of any of the foregoing events shall hereinafter be called and "event of default"), the holder hereof, without notice to the undersigned, or any of them, may declare the entire balance hereof immediately due and payable. Interest shall be due on such balance at the rate of 1.5% per month, compounded.

The undersigned are jointly and severally liable for the amounts due hereunder and each does hereby waive presentment for payment, notice of dishonor and protest. Dated and signed at Chicago, Illinois this _____ day of _____, 2008.

_____
Michael Vanek, Individually


_____
Michael Vanek for Vanek, Inc.


_____
Michael Vanek for Vanek Bros. Trucking Co.