IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees<br>        Plaintiff,<br>v.<br><br>VANEK, INC., an Illinois Corporation,<br>        Defendant. | No. 07 C 6496<br><br>Judge Gottschall<br>Magistrate Judge Denlow |

### NOTICE OF FILING

TO:   Garrett Hohimer
      Jacobs, Burns, Orlove, Stanton & Hernandez
      122 South Michigan Avenue, Ste. 1720
      Chicago, Illinois 60603

PLEASE TAKE NOTICE that on the **4th** day of **September, 2008**, I filed via ECF with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, ***Defendant's Memorandum in Support of Its Response to Plaintiff's Motion to Amend Judgment,*** a copy of which is attached hereto and served upon you.

                                        /s/ Joseph P. Berglund
                                            Joseph P. Berglund

### PROOF OF SERVICE

I, Joseph P. Berglund, declare under penalty of perjury under the laws of the United States of America certify that I served this Notice of Filing and attached Answer to Amended Complaint upon the individual(s) listed at the address above, pursuant to ECF as to filing users on this **4th** day of **September, 2008**.

                                        /s/Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
630-990-0234

J:\c-drive\wpdocs\vanek\CTDU\NOF-ResponsetoMotion2Amend