**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees | ) ) ) ) ) | |
| | ) | No. 07 C 6496 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Gottschall |
| | ) | Magistrate Judge Denlow |
| VANEK, INC., an Illinois Corporation, | ) ) | |
| Defendant. | ) | |

**RESPONSE OF CITATION-RESPONDENT VANEK BROS. TRUCKING TO PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE**

NOW COMES the Citation-Respondent, Defendant, Vanek Bros. Trucking Co.("VBT"), and for its Response to Plaintiff's Motion For Rule To Show Cause states as follows:

Plaintiff's Motion For Rule To Show Cause should be denied for the reasons set forth in Defendant's Memorandum in Support of Its Response To Plaintiff's Motion To Amend Judgment [Doc. 37] which VBT realleges as if fully incorporated herein because Defendant is in compliance with the April 23, 2008 Order and, in the alternative, the judgment would not be final if Plaintiff's Motion To Amend is granted. The Citation To Discover Assets is also improper because VBT is not indebted to and is not holding any assets or property of Defendant, Vanek, Inc. See attached Exhibit A: Declaration of Gary Anderson.

Under Rule 69 of the Federal Rules of Civil Procedure, proceedings supplementary to and in aid of executing a judgment "shall be in accordance with the practice and procedure of the state in which the district court is held." In Illinois, supplementary proceedings for the

enforcement of a judgment are governed by 734 ILCS 5/2-1402.

Section 2-1402 entitles a judgment creditor to pursue a supplementary proceeding to examine the judgment debtor or any other person to discover the assets of the debtor. 734 ILCS 5/2-1402(a).   Since VBT is not indebted to and is not holding any assets or property of Defendant, Vanek, Inc., the Citation is improper.

WHEREFORE, Citation-Respondent, Defendant, Vanek Bros. Trucking Co. prays that this Court:

A.   Deny Plaintiff's Motion For Rule To Show Cause and/or quash the Citation To Discover Assets, and

B.   Award it such other relief deemed just and equitable.

                Respectfully submitted,

                VANEK BROS. TRUCKING CO.

                BY:   /s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
630-990-0234


J:\C-DRIVE\WPDocs\vanek\CTDU\response2Mot2AmendJDGMT