# EXHIBIT

# A

## Declaration

I, Gary Anderson, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  I am a Certified Public Accountant ("CPA") in the State of Illinois and have been since 1976.

2.  I am competent too make the statements herein and I do have personal knowledge of them.

3.  I prepare and have prepared income tax returns and financial statements in my capacity as CPA for Vanek Bros. Trucking, Inc. ("VB") and have acted as VB's accountant for approximately the last twenty (20) years. In my capacity as CPA, I am familiar with the books, records, liabilities, and assets of VB.

4.  VB is not indebted too Vanek, Inc. and is not holding any property or assets of Vanek, Inc.

Dated: August 29, 2008                                   /s/ Gary Anderson

