IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS AND WAREHOUSE UNION (INDEPENDENT) PENSION FUND, a Trust, and JACK STEWART, its Fund Manager and one of its Trustees<br>            Plaintiff,<br>v.<br><br>VANEK, INC., an Illinois Corporation,<br>            Defendant. | ) <br> ) <br> ) No. 07 C 6496 <br> ) <br> ) Judge Gottschall <br> ) Magistrate Judge Denlow <br> ) <br> ) |

**NOTICE OF FILING**

TO:   Garrett Hohimer
      Jacobs, Burns, Orlove, Stanton & Hernandez
      122 South Michigan Avenue, Ste. 1720
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on the **4th** day of **September, 2008**, I filed via ECF with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, **RESPONSE OF CITATION-RESPONDENT, VANEK BROS. TRUCKING CO., TO PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE,** a copy of which is attached hereto and served upon you.

                                    /s/ Joseph P. Berglund
                                    Joseph P. Berglund


**PROOF OF SERVICE**

   I, Joseph P. Berglund, declare under penalty of perjury under the laws of the United States of America certify that I served this Notice of Filing and attached Response upon the individual(s) listed at the address above, pursuant to ECF as to filing users on this **4th** day of **September, 2008**.

                                    /s/Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
630-990-0234


J:\c-drive\wpdocs\vanek\CTDU\NOF-ResponsetoMotion2Amend