**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS ) <br> AND WAREHOUSE UNION (INDEPENDENT) ) <br> PENSION FUND, a Trust, and JACK STEWART, ) <br> its Fund Manager and one of its Trustees ) <br>  ) <br> Plaintiff, ) <br> v. ) <br>  ) <br>  ) <br> VANEK, INC., an Illinois Corporation, ) <br>  ) <br> Defendant. ) | No. 07 C 6496 <br><br> Judge Gottschall <br> Magistrate Judge Denlow |

**RESPONSE OF DEFENDANT, VANEK, INC., TO
PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE**

NOW COMES the Defendant, Vanek, Inc. and for its Response to Plaintiff's Motion For Rule To Show Cause states as follows:

Plaintiff's Motion For Rule To Show Cause should be denied for the reasons set forth in Defendant's Memorandum in Support of Its Response To Plaintiff's Motion To Amend Judgment [Doc. 37] which Vanek, Inc. realleges as if fully incorporated herein because Defendant is in compliance with the April 23, 2008 Order and, in the alternative, the judgment would not be final if Plaintiff's Motion To Amend is granted.

WHEREFORE, Defendant, Vanek, Inc., prays that this Court:

A.   Deny Plaintiff's Motion For Rule To Show Cause and/or quash the Citation To Discover Assets, and

B.   Award it such other relief deemed just and equitable.

        Respectfully submitted,

        VANEK, INC.

        BY:  /s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
630-990-0234

J:\C-DRIVE\WPDocs\vanek\CTDU\response2Mot2AmendJDGMT