**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO TRUCK DRIVERS, HELPERS | ) | |
| AND WAREHOUSE UNION (INDEPENDENT) | ) | |
| PENSION FUND, a Trust, and JACK STEWART, | ) | No. 07 C 6496 |
| its Fund Manager and one of its Trustees | ) | |
| Plaintiff, | ) | Judge Gottschall |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| VANEK, INC., an Illinois Corporation, | ) | |
| Defendant. | | |

**NOTICE OF FILING**

TO:   Garrett Hohimer
       Jacobs, Burns, Orlove, Stanton & Hernandez
       122 South Michigan Avenue, Ste. 1720
       Chicago, Illinois 60603

        PLEASE TAKE NOTICE that on the **4th** day of **September, 2008**, I filed via ECF with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois,  **RESPONSE OF DEFENDANT, VANEK, INC., TO PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE,** a copy of which is attached hereto and served upon you.

                                        /s/ Joseph P. Berglund
                                            Joseph P. Berglund

**PROOF OF SERVICE**

        I, Joseph P. Berglund, declare under penalty of perjury under the laws of the United States of America certify that I served this Notice of Filing and attached Responseupon the individual(s) listed at the address above,  pursuant to ECF as to filing users on this **4th** day of **September, 2008**.

                                        /s/Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
630-990-0234

J:\c-drive\wpdocs\vanek\CTDU\NOF-ResponsetoMotion2Amend