UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Chicago Truck Drivers, Helpers and Warehouse
Union (Independent) Pension Fund, et al.

           Plaintiff,

v.

           Case No.: 1:07−cv−06496
           Honorable Joan B. Gottschall

Vanek, Inc.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held. For the reasons stated in open court, paragraph 3 of the default judgment is stricken. Plaintiffs' motion for rule to show cause is taken under advisement. Response due 10/15/2008 to plaintiffs' motion to amend the judgment. Reply due 10/22/2008. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.